*ORDER*

PER CURIAM.

Jackie Helton ("Defendant") appeals from his conviction for first-degree robbery, Section 569.020 [1]; attempted first-degree robbery, Section 569.020; and two counts of armed criminal action, Section 571.015.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

*ORDER*

PER CURIAM:

Dwight Hayes appeals his convictions and sentences for murder in the second degree, section 565.021, first degree robbery, section 569.020, and armed criminal action, section 571.015. He claims that trial court abused its discretion in admitting an audio recording of an inmate telephone conversation between him and his stepmother.

The convictions are affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Dwight Tyrell HAYES, Appellant.

No. WD 69993.

Missouri Court of Appeals,
Western District.

Dec. 29, 2009.

Margaret M. Johnston, for Appellant.

John M. Reeves, for Respondent.

Leon Adam GUNN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 70086.

Missouri Court of Appeals,
Western District.

Dec. 29, 2009.

Leon A. Gunn, pro se.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

1. All statutory references are to RSMo.2000, unless otherwise indicated.